UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER EAKES,

Plaintiff,

v.

EQUIFAX, INC.,

Defendant.

CIVIL ACTION NO.
1:25-CV-02773-TWT-JKL

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 10]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 17th day of October, 2025.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE